McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

SEALED

FILED
AUG 14 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE UNDEVELOPED AREA WITHIN THE SEQUOIA NATIONAL FOREST TULARE COUNTY, WITHIN THE APPROXIMATE GPS COORDINATES OF N 36 08.500 W 118 42.215 AND ANY SATELLITE SITES. | CASE NO.  1:18 SW 00334 EPG<br><br>ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |

The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of the search warrant in this matter pursuant to duly authorized search warrants, and good cause appearing therefor,

IT IS HEREBY ORDERED that the U.S. Forest Service and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

Dated: August 14, 2018

_____
ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

Destruction Order

1